MAYER, BROWN, ROWE & MAW LLP
JOSEPH A. MAHONEY (*pro hac vice*)
ROBERT S. RIGG (*pro hac vice*)
DANIEL H. SHULMAN (*pro hac vice*)
190 South LaSalle Street
Chicago, Illinois 60603
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

MAYER, BROWN, ROWE & MAW LLP
MICHAEL MOLANO (#171057)
SHIRISH GUPTA (#205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
sgupta@mayerbrownrowe.com

Attorneys for Plaintiffs BriteSmile, Inc. and
BriteSmile Development, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITESMILE, INC. and BRITESMILE DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DISCUS DENTAL, INC. and SALIM NATHOO, <br><br> Defendants. <br><br> AND ALL CONSOLIDATED ACTIONS. | Case No. 3:02-CV-03220 JSW <br><br> [PROPOSED] ORDER <br><br> The Honorable Jeffrey S. White |

    This matter comes before the Court on the Court's April 18, 2005 Order Directing Plaintiffs to Make a Showing Re: Dr. Nathoo's Request to File Under Seal.

    Plaintiff, BriteSmile, Inc., has submitted a Response to the April 18, 2005 Order, and the parties have filed a stipulation concerning the inadvertent failure to seal a certain exhibit to an

1

earlier memorandum. Those papers having been considered, and for good cause shown, it is hereby ordered that:

1. Exhibits F, G, H, I, L, M & O to Dr. Nathoo's Motion for Sanctions are "sealable" pursuant to Local Rule 79-5, and are hereby to remain sealed.

2. Exhibit K to Dr. Nathoo's Opposition To Third Party Counterdefendant Cap Advisers Limited's Motion To Dismiss Defendant Nathoo's Counterclaim XVI is "sealable" pursuant to Local Rule 79-5, and is hereby to be sealed.

**IT IS SO ORDERED.**

Dated: __April 26__, 2005      /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE