1  ARAVIND AITHAL (PRO HAC VICE)
   **BOB SMITH & ASSOCIATES**
   216-B1 STELTON ROAD
2  PISCATAWAY, NJ 08854
   TELEPHONE: (732) 752-3100
3  FACSIMILE: (732) 752-7997

4  STEVEN M. SELNA, BAR NO. 133409
   RODNEY M. HUDSON, BAR NO. 189363
   **DRINKER BIDDLER & REATH LLP**
   ATTORNEYS AT LAW
5  225 BUSH STREET, 15TH FLOOR
   SAN FRANCISCO, CA 94104-4207
   TELEPHONE: 415.397.1730
6  FACSIMILE: 415.397.1735

7  E. PATRICK ELLISEN, BAR NO. 142033
   DAVID B. MOYER, BAR NO. 197739
   JASON M. JULIAN, BAR NO. 215342
8  LORNA L. TANNER, BAR NO. 221142
   KIMBERLY K. DODD, BAR NO. 235109
9  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   1530 PAGE MILL ROAD
10 PALO ALTO, CA 94304
   TELEPHONE: 650.856.3700
   FACSIMILE: 650.856.3710

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT
SALIM A. NATHOO DDS, PH.D AND ORAL HEALTH CLINICAL
SERVICES, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITESMILE, INC., and BRITESMILE DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DISCUS DENTAL, INC., and SALIM NATHOO, <br><br> Defendants. <br><br>——————————————— <br> SALIM A. NATHOO DDS, Ph.D, <br><br> Counterclaimant, <br> v. <br><br> BRITESMILE, INC.; et al. <br><br> Counterdefendants. | Case No. C-02-03220 JSW <br><br> [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL FOLEY & LARDNER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM IN SUPPORT; AND DECLARATION IN SUPPORT <br><br> Date: November 18, 2005 <br> Time: 9:00 a.m. <br> Ctrm: 2 <br><br> The Honorable Jeffrey S. White |

[~~PROPOSED~~] SEALING ORDER
CASE NO. C-02-03220 JSW

025.16697.1

1     Pursuant to Civil Local Rules 7-11 and 79-5, Foley & Lardner LLP has moved the Court
2 to issue an administrative Order that authorizes the sealing of its motion papers. After
3 considering the papers and arguments submitted in support of Foley & Lardner LLP's motion,
4 and finding good cause therefore,
5     **IT IS HEREBY ORDERED** that Foley & Lardner LLP's administrative motion is
6 **GRANTED** and the following documents shall be filed under seal: Notice of Motion and
7 Motion to Withdraw as Counsel; Memorandum in Support, and the Declaration of E. Patrick
8 Ellisen in Support thereof.

11 Dated: July 14, 2005

                                                   Jeffrey S. White
                                                   Honorable Jeffrey S. White

[~~PROPOSED~~] SEALING ORDER
CASE NO. C-02-03220 JSW

025.16697.1