| | |
|---|---|
| 1 | ARAVIND AITHAL (*PRO HAC VICE*)<br>**BOB SMITH & ASSOCIATES**<br>216-B1 STELTON ROAD |
| 2 | PISCATAWAY, NJ 08854<br>TELEPHONE: (732) 752-3100 |
| 3 | FACSIMILE: (732) 752-7997 |
| 4 | STEVEN M. SELNA, BAR NO. 133409<br>RODNEY M. HUDSON, BAR NO. 189363<br>**DRINKER BIDDLER & REATH LLP** |
| 5 | ATTORNEYS AT LAW<br>225 BUSH STREET, 15TH FLOOR<br>SAN FRANCISCO, CA 94104-4207 |
| 6 | TELEPHONE: 415.397-1730<br>FACSIMILE: 415.397-1735 |
| 7 | E. PATRICK ELLISEN, BAR NO. 142033<br>DAVID B. MOYER. BAR NO. 197739 |
| 8 | JASON M. JULIAN, BAR NO. 215342<br>LORNA L. TANNER. BAR NO. 221142<br>KIMBERLY K. DODD, BAR NO. 235109 |
| 9 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 10 | 1530 PAGE MILL ROAD<br>PALO ALTO, CA 94304<br>TELEPHONE: 650.856.3700 |
| 11 | FACSIMILE: 650.856.3710 |
| 12 | ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT<br>SALIM A. NATHOO DDS, PH.D AND ORAL HEALTH CLINICAL<br>SERVICES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITESMILE, INC., and BRITESMILE DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DISCUS DENTAL, INC., and SALIM NATHOO,<br><br>Defendants.<br>_____<br>SALIM A. NATHOO DDS, Ph.D,<br><br>Counterclaimant,<br>v.<br><br>BRITESMILE, INC.; et al.<br><br>Counterdefendants. | Case No. C-02-03220 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING FOLEY & LARDNER LLP's MOTION TO REMOVE INCORRECTLY FILED DOCUMENT<br><br>The Honorable Jeffrey S. White |

016.364874.1

[~~PROPOSED~~] REMOVAL ORDER
CASE NO. C-02-03220 JSW

After considering the papers and arguments submitted in support of Foley & Lardner LLP's Motion to Remove Incorrectly Filed Document, and finding good cause therefore,

**IT IS HEREBY ORDERED** that Foley & Lardner LLP's Motion to permanently remove its <u>Administrative Motion to File Under Seal Foley & Lardner LLP's Notice of Motion and Motion to Withdraw as Counsel; Memorandum in Support; and Declaration in Support (with attached Exhibits A & B)</u> from the Court's Website, which currently appears as the main document under docket number 346 for the above-captioned case, is **GRANTED**.

Dated: July 14, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White

016.364874.1

[~~PROPOSED~~] REMOVAL ORDER
CASE NO. C-02-03220 JSW