1
ARAVIND AITHAL (*PRO HAC VICE*)
**BOB SMITH & ASSOCIATES**
216-B1 STELTON ROAD
2
PISCATAWAY, NJ 08854
TELEPHONE: (732) 752-3100
3
FACSIMILE: (732) 752-7997

STEVEN M. SELNA, BAR NO. 133409
4
RODNEY M. HUDSON, BAR NO. 189363
**DRINKER BIDDLER & REATH LLP**
ATTORNEYS AT LAW
5
225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CA 94104-4207
6
TELEPHONE: 415.397-1730
FACSIMILE: 415.397-1735

7
E. PATRICK ELLISEN, BAR NO. 142033
DAVID B. MOYER. BAR NO. 197739
8
JASON M. JULIAN, BAR NO. 215342
LORNA L. TANNER. BAR NO. 221142
KIMBERLY K. DODD, BAR NO. 235109
9
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
10
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TELEPHONE: 650.856.3700
11
FACSIMILE: 650.856.3710

12
ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT
SALIM A. NATHOO DDS, PH.D AND ORAL HEALTH CLINICAL
SERVICES, LLC

13

14

15
UNITED STATES DISTRICT COURT

16
NORTHERN DISTRICT OF CALIFORNIA

17
SAN FRANCISCO DIVISION

18
BRITESMILE, INC., and BRITESMILE
DEVELOPMENT, INC.,

19
   Plaintiffs,

20
   v.

21
DISCUS DENTAL, INC., and SALIM
NATHOO,

22

23
   Defendants.

24
SALIM A. NATHOO DDS, Ph.D,

25
   Counterclaimant,

26
   v.

27
BRITESMILE, INC.; et al.

28
   Counterdefendants.

) Case No. C-02-03220 JSW
)
)
) [~~PROPOSED~~] ORDER ~~GRANTING~~ RE
) **ADMINISTRATIVE MOTION TO HEAR**
) **FOLEY & LARDNER LLP's MOTION TO**
) **WITHDRAW AS COUNSEL ON THE**
) **FIRST AVAILABLE CLOSED HEARING**
) **DATE**
)
) Date: November 18, 2005
) Time: 9:00 a.m.
) Ctrm: 2
)
) The Honorable Jeffrey S. White
)
)
)
)
)
)
)
)
)
)
)

[~~PROPOSED~~] ORDER RE HEARING DATE
CASE NO. C-02-03220 JSW

016.364660.1

1    Pursuant to Civil Local Rule 7-11, Foley & Lardner LLP has moved the Court to issue an

2    administrative Order that authorizes hearing its Motion to Withdraw as Counsel on the first

3    available closed hearing date.  After considering the papers and arguments submitted in support

4    of Foley & Lardner LLP's motion, ~~and finding good cause therefore;~~

5        **IT IS HEREBY ORDERED** that Foley & Lardner LLP's administrative motion is

6    ~~GRANTED and the hearing on its Motion to Withdraw as Counsel shall be heard on~~

7    DENIED
     _____.

8

9

10   Dated: July 15, 2005 _____

11

12                                              /s/ Jeffrey S. White
                                         _____
13                                          Honorable Jeffrey S. White

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[~~PROPOSED~~] RE HEARING DATE
CASE NO. C-02-03220 JSW

016.364660.1