1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA

10  BRITESMILE, INC., BRITESMILE          Case No. 3:02-CV-03220 JSW
    DEVELOPMENT, INC., ORACEUTICAL
11  INNOVATIVE PROPERTIES, LLC,           [~~PROPOSED~~] ORDER ~~GRANTING~~ RE
                                          ADMINISTRATIVE MOTION TO
12           Plaintiffs,                  HEAR MOTION TO WITHDRAW AS
                                          COUNSEL ON THE FIRST
13      v.                                AVAILABLE CLOSED HEARING
                                          DATE
14  DISCUS DENTAL, INC., SALIM
    NATHOO,                               Date: November 18, 2005
15                                        Time: 9:00 a.m.
             Defendants.                  Dept: 2
16
17                                        The Honorable Jeffrey S. White
    AND ALL RELATED ACTIONS.
18
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\361045\1       [~~PROPOSED~~] ORDER RE: MOTION TO WITHDRAW ON CLOSED HEARING DATE       CASE NO. 3:02-CV-03220 JSW

1   Pursuant to Civil Local Rule 7-11, Drinker Biddle & Reath, LLP has moved the
2   Court to issue an administrative Order that authorizes hearing its Motion to Withdraw as
3   Counsel on the first available closed hearing date. After considering the papers and
4   arguments submitted in support of Drinker Biddle & Reath, LLP's motion, ~~and finding~~
5   ~~good cause therefore,~~
6       IT IS HEREBY ORDERED that Drinker Biddle & Reath LLP's administrative
7   motion is ~~GRANTED and the hearing on its Motion to Withdraw as Counsel shall be~~
8   ~~heard on~~ DENIED                         .

Dated: July 15, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\361045\1