UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITESMILE, INC., BRITESMILE DEVELOPMENT, INC., ORACEUTICAL INNOVATIVE PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DISCUS DENTAL, INC., SALIM NATHOO,<br><br>Defendants. | Case No. 3:02-CV-03220 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DRINKER BIDDLE & REATH LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM IN SUPPORT AND DECLARATIONS IN SUPPORT<br><br>Date: November 18, 2005<br>Time: 9:00 a.m.<br>Dept: 2<br><br>The Honorable Jeffrey S. White |
| AND ALL RELATED ACTIONS. | |

///
///
///
///
///
///
///
///

1  Pursuant to Civil Local Rule 7-11 and 79-5, Drinker Biddle & Reath, LLP has
2  moved the Court to issue an administrative Order that authorizes the sealing of Drinker
3  Biddle & Reath's Notice of Motion and Motion to Withdraw as Counsel; Drinker Biddle
4  & Reath's Memorandum of Points and Authorities and the Declarations of Andrew Klein
5  and Steven M. Selna in support of same. After considering the papers and arguments
6  submitted in support of Drinker Biddle & Reath, LLP's motion, and finding
7  good cause therefore,
8      IT IS HEREBY ORDERED that Drinker Biddle & Reath LLP's administrative
9  motion is GRANTED.

Dated: July 28, 2005

_____
Honorable Jeffrey S. White