UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITESMILE, INC., BRITESMILE DEVELOPMENT, INC., ORACEUTICAL INNOVATIVE PROPERTIES, LLC, | Case No. 3:02-CV-03220 JSW |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING DRINKER BIDDLE & REATH LLP'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
| v. | |
| DISCUS DENTAL, INC., SALIM NATHOO, | The Honorable Jeffrey S. White |
| Defendants. | |
| AND ALL RELATED ACTIONS. | |

After considering the papers and arguments submitted in support of Drinker Biddle & Reath LLP's Motion to Remove Incorrectly Filed Document, and finding good cause therefore,

**IT IS HEREBY ORDERED** that Drinker Biddle & Reath LLP's Motion to permanently remove its Drinker Biddle & Reath LLP's Notice of Motion and Motion to Withdraw as Counsel from the Court's Website, which currently appears as the main document under docket number 362 for the above-captioned case, is **GRANTED**.

Dated: July 28, 2005

_____
Honorable Jeffrey S. White