IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRITESMILE, INC.,

    Plaintiff,

v.

DISCUS DENTAL, INC., et al.

    Defendants.

No. C 02-03220 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is currently set for hearing on November 4, 2005, on Plaintiff's motion to dismiss Discus Dental, Inc.'s counterclaims. The Court HEREBY ORDERS that the Defendant's opposition brief shall be due on August 19, 2005, and Plaintiff's reply, if any, shall be due on August 26, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 28, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE