IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRITESMILE, INC.,

    Plaintiff,

v.

DISCUS DENTAL, INC., et al.

    Defendants.

No. C 02-03220 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO WITHDRAW**

This matter is currently set for hearing on November 18, 2005, on motions to withdraw as counsel. The Court HEREBY ORDERS that the any opposition briefs shall be due on August 19, 2005, and reply briefs, if any, shall be due on August 26, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 28, 2005

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE