DAVID A. DILLARD (State Bar #97515) - David.Dillard@cph.com
BRIAN K. BROOKEY (State Bar #149522) - Brian.Brookey@cph.com
CHRISTIE, PARKER & HALE LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91108-7068
Telephone:    (626) 795 9900
Facsimile:    (626) 577-8800

GEORGE A. RILEY (State Bar #118304) - GRiley@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, Suite 2600
San Francisco, California 94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

JOHN C. KAPPOS (State Bar #171977) - JKappos@omm.com
DARIN J. GLASSER (State Bar #223788) - DGlasser@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, Suite 17th Floor
Newport Beach, California 92660-6429
Telephone:    (949) 760-9600
Facsimile:    (949) 823-6994

Attorneys for Defendants and Counterclaimant,
DISCUS DENTAL, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITESMIILE, INC. and BRITESMILE DEVELOPMENT, INC.,<br><br>Plaintiffs,,<br><br>v.<br><br>DISCUS DENTAL, INC., SALIM NATHOO, and ORAL HEALTH CLINICAL SERVICES, LLC.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No. C02-03220 JSW<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON BRITESMILE'S MOTION TO DISMISS DISCUS DENTAL'S COUNTERCLAIM COUNTS IV-XII**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Hearing Date: Nov. 4, 2005, 9:00 am<br>Place:    Courtroom 2, 17th Floor<br>Judge:    Jeffrey S. White |

BriteSmile and Discus Dental, pursuant to Fed. R. Civ. P. 6(b) and the Court's Order of July 28, 2005, and by and through their undersigned counsel of record, hereby stipulate and request an extension of the briefing schedule on BriteSmile's motion to dismiss Discus Dental's Counterclaim Counts IV-XII, currently set for hearing on November 4, 2005. In accordance with the Order of July 28 (Docket No. 372), Discus Dental's opposition is due on August 19, 2005, and BriteSmile's reply, if any, is due on August 26, 2005. The parties stipulate and request an extension such that Discus Dental's opposition shall be due on September 16, 2005 and BriteSmile's reply, if any, shall be due on September 23, 2005.

Ongoing settlement negotiations have, within the last few days, progressed to the point where this reasonable extension for filing an opposition to, and reply in support of, BriteSmile's motion to dismiss certain of Discus's counterclaims will allow the parties and their counsel to focus on settlement discussions. These extensions should not affect, and the parties do not request a continuance of, the hearing date, currently set for November 4, 2005.

Dated: August 17, 2005                                  Dated: August 17, 2005

____/s/_____                           ____/s/_____
Darin J. Glasser, Esq.                                  Shirish Gupta, Esq.
O'Melveny & Myers LLP                                   MAYER, BROWN, ROWE & MAW LLP
Attorneys for Defendant Discus Dental, Inc.             Attorneys for Plaintiff BriteSmile, Inc.
                                                        and BriteSmile Development, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

__August 18, 2005__                                     _____*Jeffrey S White*_____

Date                                                    Honorable Jeffrey S. White

NB1:660649.1                            1               JOINT STIPULATION AND ~~PROPOSED~~ ORDER
                                                        RE BRIEFING SCHEDULE
                                                        C02-03220 JSW