**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRITESMILE, INC. and BRITESMILE
DEVELOPMENT, INC.,

    Plaintiffs,

v.

DISCUS DENTAL, INC.; SALIM NATHOO

    Defendants.

AND RELATED COUNTERCLAIMS
                                                  /

No. C 02-03220 JSW

**ORDER RE FILING REQUIREMENTS**

Now pending before the Court are motions to withdraw as counsel for Dr. Salim Nathoo ("Nathoo") and Oral Health Clinical Service, LLC ("OHCS") filed by Foley & Lardner LLP and Drinker Biddle & Reath LLP. On August 22, 2005, Nathoo manually filed an administrative motion to file documents under seal in opposition to Foley & Lardner's motion and he filed a declaration in opposition to Foley & Lardner's motion. Although Nathoo is still technically represented by counsel, he is adverse to his counsel for purposes of the pending motions to withdraw, and filed documents on his own behalf. The Court HEREBY ORDERS for the purposes of the pending motions to withdraw, Nathoo may file documents manually. The Court

1  FURTHER ORDERS that all parties filing any further papers relating to the pending motions to
2  withdraw must e-file and serve hard copies on Nathoo.
3
4  **IT IS SO ORDERED.**
5
6  Dated: August 26, 2006
                             JEFFREY S. WHITE
7                            UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2