Aravind Aithal (*PRO HAC VICE*)
**BOB SMITH & ASSOCIATES**
216 Stelton Road Suite B1
Piscataway, NJ 08854
Telephone: 732-752-3100
Facsimile: 732-752-7997

Steven M. Selna, BAR No. 133409
Rodney M. Hudson, BAR No. 189363
**DRINKER BIDDLE AND REATH LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: 732-752-3100
Facsimile: 732-752-7997

E. Patrick Ellisen, BAR No. 142033
David B. Moyer, BAR No. 197739
Jason M. Julian, BAR No. 215342
Lorna L. Tanner, BAR No. 221142
Kimberley K. Dodd, BAR No. 235109
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-856-3700
Facsimile: 650-856-3710

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT
Salim A. Nathoo DDS., PHD AND ORAL HEALTH CLINICAL SERVICES LLC

**Salim A. Nathoo (*PRO SE*)**
216 Stelton Road, Unit E4
Piscataway, NJ 08854
Telephone: 732-926-9300
Facsimile: 732-926-9301

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITESMILE, INC AND BRITESMILE DEVELOPMENT, INC, <br><br> Plaintiffs <br><br> v. <br><br> DISCUS DENTAL, INC., and SALIM A. NATHOO <br><br> Defendants <br> ———————————————— <br> SALIM A. NATHOO <br> Counterclaimant <br><br> v. <br><br> BRITESMILE INC., et al <br><br> Counterdefendants <br> ———————————————— | ) Case No. C-02-03320 JSW <br> ) <br> ) [PROPOSED] ORDER <br> ) GRANTING ADMINISTRATIVE <br> )  MOTION TO FILE UNDER SEAL; <br> ) NOTICE OF MOTION AND <br> ) AND OPPOSITION TO FOLEY & <br> ) LARDNER'S MOTION <br> ) TO WITHDRAW AS <br> ) COUNSEL; MEMORANDUM TO <br> ) OPPOSE COUNSEL'S MOTION TO <br> ) WITHDRAW AND DECLARATION <br> ) <br> ) Date: November 18, 2005 <br> ) Time: 9.00 AM <br> ) Ctrm: 2 <br> ) <br> ) <br> ) <br> ) The Honorable Jeffrey S. White <br> ) <br> ) <br> ) <br> ) <br> ) |

PROPOSED SEALING ORDER
CASE NO. C-02-03220 JSW

Pursuant to Civil Local Rules 7-11 and 79-5, Salim A. Nathoo, *Pro Se* has moved the court to issue an administrative order that authorizes the sealing of his motion papers. After considering the papers and arguments submitted in the Motion to Oppose Counsel's Motion to Withdraw as Counsel and finding good cause therefore,

**IT IS HEREBY ORDERED** that Salim A. Nathoo's administrative motion is **GRANTED** and the following documents shall be filed under seal: Notice of Motion, Opposition to Foley and Lardners's Motion to Withdraw as Counsel, Memorandum to Oppose Counsel's Motion to Withdraw and *pro se's* declaration.


Dated 8·26·05

Honorable Jeffrey S. White

2