1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITESMILE, INC., BRITESMILE DEVELOPMENT, INC., ORACEUTICAL INNOVATIVE PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DISCUS DENTAL, INC., SALIM NATHOO,<br><br>Defendants. | Case No. 3:02-CV-03220 JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DRINKER BIDDLE & REATH LLP'S REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: November 18, 2005<br>Time: 9:00 a.m.<br>Dept: 2<br><br>The Honorable Jeffrey S. White |
| AND ALL RELATED ACTIONS. | |

///
///
///
///
///
///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\361459\1

1  Pursuant to Civil Local Rule 7-11 and 79-5, Drinker Biddle & Reath, LLP has
2  moved the Court to issue an administrative Order that authorizes the sealing of Drinker
3  Biddle & Reath's Reply in Support of Motion to Withdraw as Counsel. After considering
4  the papers and arguments submitted in support of Drinker Biddle & Reath, LLP's motion,
5  and finding
6  good cause therefore,
7      IT IS HEREBY ORDERED that Drinker Biddle & Reath LLP's administrative
8  motion is GRANTED.

9  Dated: August 29, 2005

11  _____
12  Honorable Jeffrey S. White
13  Hon. Phyllis J. Hamilton

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\361459\1

[PROPOSED] ORDER FILING DOCUMENTS UNDER SEAL     CASE NO. 3:02-CV-03220 JSW

2