```
E. PATRICK ELLISEN, BAR NO. 142033
DAVID B. MOYER. BAR NO. 197739
JASON M. JULIAN, BAR NO. 215342
LORNA L. TANNER. BAR NO. 221142
KIMBERLY K. DODD, BAR NO. 235109
FOLEY & LARDNER LLP
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT
SALIM A. NATHOO DDS, PH.D AND ORAL HEALTH CLINICAL
SERVICES, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITESMILE, INC., and BRITESMILE DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DISCUS DENTAL, INC., and SALIM NATHOO, <br><br> Defendants. <br><br> SALIM A. NATHOO DDS, Ph.D, <br><br> Counterclaimant, <br> v. <br><br> BRITESMILE, INC.; et al. <br><br> Counterdefendants. | Case No. C-02-03220 JSW <br><br> [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF E. PATRICK ELLISEN IN SUPPORT OF FOLEY & LARDNER LLP'S REPLY TO SALIM A. NATHOO'S OPPOSITION TO FOLEY & LARDNER LLP'S MOTION TO WITHDRAW AS COUNSEL <br><br> Date: November 18, 2005 <br> Time: 9:00 a.m. <br> Ctrm: 2 <br><br> The Honorable Jeffrey S. White |

Pursuant to Civil Local Rules 7-11 and 79-5, Foley & Lardner LLP has moved the Court to issue an administrative Order that authorizes the sealing of the Declaration of E. Patrick Ellisen in Support of Foley & Lardner LLP's Reply to Salim A. Nathoo's Opposition to Foley & Lardner LLP's Motion to Withdraw as Counsel. After considering the papers and arguments submitted in support of Foley & Lardner LLP's motion, and finding good cause therefore,

**IT IS HEREBY ORDERED** that Foley & Lardner LLP's administrative motion is **GRANTED** and the following documents shall be filed under seal: Declaration of E. Patrick Ellisen in Support of Foley & Lardner LLP's Reply to Salim A. Nathoo's Opposition to Foley & Lardner LLP's Motion to Withdraw as Counsel.

Dated: August 29, 2005

_____
Honorable Jeffrey S. White
Hon. Phyllis J. Hamilton