```
 1  SALIM NATHOO DDS, PH.D

 2  ORAL HEALTH CLINICAL SERVICES, LLC

 3  MICHAEL A. MOLANO (State Bar #171057)
    mmolano@mayerbrownrowe.com
 4  SHIRISH GUPTA (State Bar #205584)
    sgupta@mayerbrownrowe.com
 5  MAYER, BROWN, ROWE & MAW LLP
    Two Palo Alto Square
 6  3000 El Camino Real, Suite 2-3000
    Palo Alto, California 94306-2112
 7  Telephone: (650) 331-2000
    Facsimile: (650) 331-2060
 8
    Attorneys for Plaintiff,
 9  BRITESMILE DEVELOPMENT, INC.

10
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| BRITESMIILE, INC. and BRITESMILE DEVELOPMENT, INC., <br><br> Plaintiffs,, <br><br> v. <br><br> DISCUS DENTAL, INC., SALIM NATHOO, and ORAL HEALTH CLINICAL SERVICES, LLC., <br><br> Defendants. | Case No. C02-03220 JSW <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND WITHOUT COSTS** <br><br> Judge:  Jeffrey S. White <br> Date of Filing:  July 8, 2002 |
|---|---|
| AND ALL RELATED ACTIONS. | |

NB1:673949.1

JOINT STIPULATION FOR DISMISSAL
C02-03220 JSW

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the undersigned parties that this entire action, including all claims, counterclaims, and cross-claims, be dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

March 16, 2006

Dated: February ___, 2006

Dated: February 13, 2006

_____
Shirish Gupta, Esq.
MAYER, BROWN, ROWE & MAW LLP
Attorneys for Plaintiff BriteSmile, Inc. and
BriteSmile Development, Inc.

_____
Salim Nathoo

Dated: March 15, 2006

Dated: February 13, 2006

_____
Salim Nathoo on behalf of Oral Health Clinical
Services, LLC

_____
John C. Kappos, Esq.
O'MELVENY & MYERS LLP
Attorneys for Defendant Discus Dental, Inc.

_____
Shirish Gupta, Esq. (Mayer, Brown, Rowe & Maw LLP)
Attorneys for Counterdefendants John Warner, John L. Reed, Anthony Pilaro,
IDEX Dental Sciences LLC (dissolved)

PURSUANT TO STIPULATION, IT IS ORDERED that the above-captioned action be dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

March 16, 2006
Date

_____
Honorable Jeffrey S. White

## ECF CERTIFICATION

I, Shirish Gupta, am the ECF User whose identification and password are being used to file this Stipulation for Dismissal. In compliance with General Order 45.X.B, I hereby attest that Salim Nathoo (on behalf of himself and Oral Health Clinical Services, LLC) and John C. Kappos has concurred in this filing.

Dated: March 16, 2006

MAYER, BROWN, ROWE & MAW LLP

By: /s/
    Shirish Gupta
Attorneys for BriteSmile, Inc. and BriteSmile Development, Inc.